NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSE CORPORATION,**
*Appellant*

v.

**SDI TECHNOLOGIES, INC.,**
*Appellee*

---

2015-1322, -1323, -1961, -1963

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00343, IPR2014-00346, IPR2013-00350, and IPR2013-00465.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the four appeals.

Accordingly,

IT IS ORDERED THAT:

The stay in 2015-1322, -1323 is lifted. The four appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than November 2, 2015.

           FOR THE COURT

           <u>/s/ Daniel E. O'Toole</u>
           Daniel E. O'Toole
           Clerk of Court

s26